

**FILED**

MAR 8 2016

U.S. BANKRUPTCY COURT
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | Case No. 16-50557-RBK |
| | § | |
| Debtors. | § | |

## MOTION FOR LEAVE TO FILE IN PAPER FORM

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Kyle J. Long ("Applicant") moves this Court to grant leave to file his Motion for Admission Pro Hac Vice to represent Creditors Christopher Gage and Heather Gage in paper form and would respectfully show the Court as follows:

1. Applicant is a member of the bar of the State of Nebraska and his office is located in Scottsbluff, Nebraska.

2. Applicant represents Chris Gage and Heather Gage in a civil action in the United States District Court for the District of Wyoming, Case No. 1:14-CV-0193, in which a judgment has been entered against Debtors in this action.

3. On March 7, 2016, Applicant received notice of the Debtors' bankruptcy filing and hearing in this matter.

4. Applicant immediately flew to Texas to appear at the hearing in this matter.

5. Applicant has not previously appeared in this jurisdiction and is not registered for CM/ECF filings.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003) and Tahoe Joe's Inc. (7129). The address for all the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

Wherefore, Applicant prays that this Court enter an order permitting him to file for admission *pro hac vice* to the U.S. Bankruptcy Court Western District of Texas in paper form.

Respectfully submitted,

_____
Kyle J. Long
Robert G. Pahlke, P.C., L.L.O.
2425 Circle Drive, Suite 200
Scottsbluff, NE 69361
Telephone: (308) 633-4444
Fax: (308) 633-4445
Email Address: kyle@pahlkelawgroup.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | Case No. 16-50557-RBK |
| | § | |
| Debtors. | § | |

### ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Leave to File in Paper Form by Kyle J. Long ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY,

IT IS ORDERED that the Motion for Leave to File in Paper Form is GRANTED, and Applicant may file his Motion for Admission pro Hac Vice in the above case.

# # #

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003) and Tahoe Joe's Inc. (7129). The address for all the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.